IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **$9,017.69 IN UNITED STATES CURRENCY;**

2.     **$44,504.00 IN UNITED STATES CURRENCY;**

3.     **2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;**

4.     **2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;**

5.     **THREE ROLEX WATCHES;**

6.     **$7,010.00 IN UNITED STATES CURRENCY;**

7.     **2015 HONDA CRF50FF, SN: LALAE0417F3200506;**

8.     **2015 HONDA CRF150RF, SN: JH2KE033XFK600349;**

9.     **POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;**

10.     **POLARIS RAZR, VIN: 3NSVFE999FF368219;**

11.     **2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and**

12.     1990 MAIN STREET, PH2, SARASOTA, FLORIDA;

        Defendants.

_____

## ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*

THIS MATTER comes before the Court on the United States' *Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has

1

jurisdiction over the following defendant assets, that there is probable cause to believe

the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the

following defendant assets should enter:

a. $9,017.69 in United States Currency;

b. $44,504.00 in United States Currency;

c. 2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;

d. 2014 GMC Sierra K3500, VIN: 1GT426E80EF190951;

e. Three Rolex Watches;

f. $7,010.00 in United States Currency;

g. 2015 Honda CRF50FF, SN: LALAE0417F3200506;

h. 2015 Honda CRF150RF, SN: JH2KE033XFK600349;

i. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;

j. Polaris Razr, VIN: 3NSVFE999FF368219; and

k. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296.

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant

for Arrest of Property *In Rem* and that the Department of Treasury and/or any other duly

authorized law enforcement officer is directed to arrest and seize the above-referenced

defendant assets as soon as practicable, and to use whatever means may be

appropriate to protect and maintain it in your custody until further order of this Court.

SO ORDERED this _____ day of _____, 2016.

BY THE COURT:


_____
United States District Court
Judge/Magistrate Judge