IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;

2.     $44,504.00 IN UNITED STATES CURRENCY;

3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;

4.     2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;

5.     THREE ROLEX WATCHES;

6.     $7,010.00 IN UNITED STATES CURRENCY;

7.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;

8.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;

9.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;

10.     POLARIS RAZR, VIN: 3NSVFE999FF368219;

11.     2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and

12.     1990 MAIN STREET, PH2, SARASOTA, FLORIDA;

      Defendants.

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT
THE VERIFIED COMPLAINT FOR FORFEITURE IN REM**

COMES NOW Plaintiff United States of America (the "United States"), by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, respectfully moves for an order restricting the *Verified Complaint for Forfeiture In Rem* at Level 2, limiting access to the employees of the United States Attorney's Office and law enforcement agents. In support of this Motion, the United States submits the following:

1. Said *Verified Complaint for Forfeiture In Rem* has been filed as a part of a continuing investigation.

2. The release of the information in the Complaint in this matter may substantially jeopardize the ongoing investigation, as well as related investigations, based on concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.

3. At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests or the interests of the subjects and targets of the investigation in avoiding undue reputational harm.

WHEREFORE, the United States respectfully requests that the *Verified Complaint for Forfeiture In Rem* be restricted at Level 2, until further order of the Court.

DATED this 25th day of March, 2016.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/ Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Ste. 700
Denver, CO 80202
303-454-0100
tonya.andrews@usdoj.gov
*Attorney for the United States*