IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;

2. $44,504.00 IN UNITED STATES CURRENCY;

3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;

4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;

5. THREE ROLEX WATCHES;

6. $7,010.00 IN UNITED STATES CURRENCY;

7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;

8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;

9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;

10. POLARIS RAZR, VIN: 3NSVFE999FF368219;

11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and

12. 1990 MAIN STREET, PH2, SARASOTA, FLORIDA;

    Defendants.
_____

**ORDER RESTRICTING THE VERIFIED COMPLAINT FOR FORFEITURE IN REM**
_____

THIS MATTER comes before the Court on the *United States' Motion for Leave to Restrict the Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised,

1

ORDERS that the Motion is GRANTED and that the Verified Complaint, as well as any order revealing the contents of that Complaint is restricted, under Level 2, limiting access to the employees of the United States Attorney's Office and law enforcement agents, until further order of the Court.

SO ORDERED this \_\_\_\_ day of _____, 2016.

BY THE COURT:

_____
U.S. District Court Judge/
Magistrate Judge