IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   16-cv-00705-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    $9,017.69 IN UNITED STATES CURRENCY;

2.    $44,504.00 IN UNITED STATES CURRENCY;

3.    2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;

4.    2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;

5.    THREE ROLEX WATCHES;

6.    $7,010.00 IN UNITED STATES CURRENCY;

7.    2015 HONDA CRF50FF, SN: LALAE0417F3200506;

8.    2015 HONDA CRF150RF, SN: JH2KE033XFK600349;

9.    POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;

10.   POLARIS RAZR, VIN: 3NSVFE999FF368219;

11.   2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and

12.   1990 MAIN STREET, PH2, SARASOTA, FLORIDA;

    Defendants.
_____

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

    THIS MATTER comes before the Court on the United States' *Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, finds that the Court has

1

jurisdiction over the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the following defendant assets should enter:

    a. $9,017.69 in United States Currency;

    b. $44,504.00 in United States Currency;

    c. 2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;

    d. 2014 GMC Sierra K3500, VIN: 1GT426E80EF190951;

    e. Three Rolex Watches;

    f. $7,010.00 in United States Currency;

    g. 2015 Honda CRF50FF, SN: LALAE0417F3200506;

    h. 2015 Honda CRF150RF, SN: JH2KE033XFK600349;

    i. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;

    j. Polaris Razr, VIN: 3NSVFE999FF368219; and

    k. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296.

Accordingly, it is

ORDERED that a Warrant for Arrest of Property *In Rem* for the defendant property is **GRANTED**. It is

FURTHER ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the Department of Treasury and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

Dated:  March 29, 2016

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE

3