IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.      $9,017.69 IN UNITED STATES CURRENCY;**

**2.      $44,504.00 IN UNITED STATES CURRENCY;**

**3.      2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;**

**4.      2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;**

**5.      THREE ROLEX WATCHES;**

**6.      $7,010.00 IN UNITED STATES CURRENCY;**

**7.      2015 HONDA CRF50FF, SN: LALAE0417F3200506;**

**8.      2015 HONDA CRF150RF, SN: JH2KE033XFK600349;**

**9.      POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;**

**10.    POLARIS RAZR, VIN: 3NSVFE999FF368219;**

**11.    2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and**

12.    1990 MAIN STREET, PH2, SARASOTA, FLORIDA;

      Defendants.
_____

## WARRANT FOR ARREST OF PROPERTY *IN REM*
_____

TO: DEPARTMENT OF TREASURY AND/OR ANY OTHER DULY AUTHORIZED LAW
ENFORCEMENT OFFICER:

1

PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

a. $9,017.69 in United States Currency;

b. $44,504.00 in United States Currency;

c. 2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;

d. 2014 GMC Sierra K3500, VIN: 1GT426E80EF190951;

e. Three Rolex Watches;

f. $7,010.00 in United States Currency;

g. 2015 Honda CRF50FF, SN: LALAE0417F3200506;

h. 2015 Honda CRF150RF, SN: JH2KE033XFK600349;

i. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;

j. Polaris Razr, VIN: 3NSVFE999FF368219; and

k. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296.

DATED this 29th day of ___April___, 2016.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: _s/E. Van Alphen_
Dechiarsy Clerk

2