IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;

2.     $44,504.00 IN UNITED STATES CURRENCY;

3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;

4.     2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;

5.     THREE ROLEX WATCHES;

6.     $7,010.00 IN UNITED STATES CURRENCY;

7.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;

8.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;

9.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;

10.     POLARIS RAZR, VIN: 3NSVFE999FF368219;

11.     2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296;

12.     1990 MAIN STREET, PH2, SARASOTA, FLORIDA; and

13.     2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

    Defendants.

_____

## UNITED STATES' MOTION TO AMEND COMPLAINT
_____

COMES NOW the United States of America by and through United States Attorney

1

John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and respectfully moves the Court to allow an amendment of the Complaint in this matter. As grounds therefor, the United States submits the following:

1. The United States' Verified Complaint for Forfeiture *In Rem* was filed on March 25, 2016. (Doc. 1)

2. The Court granted the Government's request to file the Complaint and under restriction because of a continuing investigation. A warrant for the arrest of defendant property was ordered and a Warrant for Arrest was entered by the Clerk of the Court on March 29, 2016. (Doc. 8).

3. On April 11, 2016, after additional information was received a 2015 Mercedes Benz CLA, VIN WDDSJ5CB3FN204616 was seized.

4. Plaintiff requests that the Court grant it leave to amend the complaint, pursuant to Fed. R. Civ. P. 15(a), so that the 2015 Mercedes Benz CLA, VIN WDDSJ5CB3FN204616 may be added as a defendant. As the Complaint has been filed under restriction and no service of the complaint has been made, there is no prejudice to any party.

WHEREFORE, it is respectfully requested that Plaintiff be allowed to amend its complaint to add defendant 2015 Mercedes Benz CLA, VIN WDDSJ5CB3FN204616.

DATED this 6th day of June, 2016.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By: s/ *Tonya S. Andrews*
        Tonya S. Andrews
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1225 Seventeenth Street, Ste. 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: tonya.andrews@usdoj.gov
        *Attorney for the United States*