IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-WYD-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;

2.     $44,504.00 IN UNITED STATES CURRENCY;

3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;

4.     2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;

5.     THREE ROLEX WATCHES;

6.     $7,010.00 IN UNITED STATES CURRENCY;

7.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;

8.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;

9.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;

10.     POLARIS RAZR, VIN: 3NSVFE999FF368219;

11.     2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296;

12.     1990 MAIN STREET, PH2, SARASOTA, FLORIDA; and

13.     2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

       Defendants.

_____

**ORDER ALLOWING AMENDING THE COMPLAINT**
_____

Plaintiff has instituted the *in rem* action herein and the Court has ordered that a Warrant for the Arrest of property be issued. Having seized property pursuant to that Arrest Warrant, Plaintiff now seeks to amend its complaint to add the seized property, specifically, a 2015 Mercedes Benz CLA, VIN WDDSJ5CB3FN204616.

IT IS THEREFORE ORDERED AND DECREED that Plaintiff's Motion to Amend its Complaint is Granted.

SO ORDERED this _____ day of _____, 2016.

BY THE COURT:

_____
WILEY Y. DANIEL
U.S. District Court Senior Judge