IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;

2. $44,504.00 IN UNITED STATES CURRENCY;

3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;

4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;

5. THREE ROLEX WATCHES;

6. $7,010.00 IN UNITED STATES CURRENCY;

7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;

8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;

9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;

10. POLARIS RAZR, VIN: 3NSVFE999FF368219;

11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296;

12. 1990 MAIN STREET, PH2, SARASOTA, FLORIDA; and

13. 2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

    Defendants.

_____

**AMENDED ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

1

THIS MATTER comes before the Court on the United States' *Amended Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that a Amended Warrant for Arrest of the following defendant assets should enter:

a. $9,017.69 in United States Currency;

b. $44,504.00 in United States Currency;

c. 2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;

d. 2014 GMC Sierra K3500, VIN: 1GT426E80EF190951;

e. Three Rolex Watches;

f. $7,010.00 in United States Currency;

g. 2015 Honda CRF50FF, SN: LALAE0417F3200506;

h. 2015 Honda CRF150RF, SN: JH2KE033XFK600349;

i. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;

j. Polaris Razr, VIN: 3NSVFE999FF368219;

k. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296; and

l. 2015 Mercedes Benz CLA, VIN: WDDSJ5CB3FN204616.

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter an Amended Warrant for Arrest of Property *In Rem* and that the Department of Treasury and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced

defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

SO ORDERED this _____ day of _____, 2016.

BY THE COURT:

_____
WILEY Y. DANIEL
U.S. District Court Senior Judge