# THE <u>AMENDED</u> VERIFIED COMPLAINT WILL BE FILED AS A RESTRICTED DOCUMENT UNDER RESTRICTION LEVEL 2