IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-00705-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;

2. $44,504.00 IN UNITED STATES CURRENCY;

3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;

4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;

5. THREE ROLEX WATCHES;

6. $7,010.00 IN UNITED STATES CURRENCY;

7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;

8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;

9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;

10. POLARIS RAZR, VIN: 3NSVFE999FF368219;

11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296;

12. 1990 MAIN STREET, PH2, SARASOTA, FLORIDA; and

13. 2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

    Defendants.
_____

**ORDER ON MOTIONS**
_____

THIS MATTER comes before the Court on the United States' Motion to Amend

Complaint (ECF No. 9), filed on June 6, 2016; and the United States' Motion for Leave to Restrict the Amended Verified Complaint for Forfeiture In Rem (ECF No. 10), filed June 6, 2016.   Plaintiff United States also has a pending Motion for Leave to Restrict the Verified Complaint for Forfeiture In Rem (ECF No. 2), filed on March 25, 2016.   However, the latter motion refers to the previous version of the complaint and not the amended version.

Upon consideration and for good cause shown, it is

ORDERED that the United States' Motion to Amend Complaint (ECF No. 9) is **GRANTED**, and Plaintiff may amend the complaint to add the seized property of a 2015 Mercedes Benz CLA, VIN WDDSJ5CB3FN204616.   It is

FURTHER ORDERED that the Court has jurisdiction over the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that an Amended Warrant for Arrest of the following defendant assets should enter:

a. $9,017.69 in United States Currency;

b. $44,504.00 in United States Currency;

c. 2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;

d. 2014 GMC Sierra K3500, VIN: 1GT426E80EF190951;

e. Three Rolex Watches;

f. $7,010.00 in United States Currency;

g. 2015 Honda CRF50FF, SN: LALAE0417F3200506;

h. 2015 Honda CRF150RF, SN: JH2KE033XFK600349;

i. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;

      j. Polaris Razr, VIN: 3NSVFE999FF368219;

      k. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296; and

      l. 2015 Mercedes Benz CLA, VIN: WDDSJ5CB3FN204616.

The Clerk of the Court shall enter an Amended Warrant for Arrest of Property In Rem and that the Department of Treasury and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in custody until further order of this Court.   It is

      FURTHER ORDERED that the United States' Motion for Leave to Restrict the Amended Verified Complaint for Forfeiture In Rem (ECF No. 10) is **GRANTED**, and the Amended Verified Complaint, as well as any order revealing the contents of that Amended Complaint is **Restricted at Level 2**, limiting access to the employees of the United States Attorney's Office and law enforcement agents, until further order of the Court.   It is

      FURTHER ORDERED that Plaintiff's Motion for Leave to Restrict the Verified Complaint for Forfeiture In Rem (ECF No. 2) is **DENIED as moot**.

Dated:   June 8, 2016

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge