IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;

2.     $44,504.00 IN UNITED STATES CURRENCY;

3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;

4.     2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;

5.     THREE ROLEX WATCHES;

6.     $7,010.00 IN UNITED STATES CURRENCY;

7.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;

8.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;

9.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;

10.     POLARIS RAZR, VIN: 3NSVFE999FF368219;

11.     2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296;

12.     1990 MAIN STREET, PH2, SARASOTA, FLORIDA; and

13.     2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

    Defendants.

_____

**AMENDED WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: DEPARTMENT OF TREASURY AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the *Amended Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Amended Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

a. $9,017.69 in United States Currency;

b. $44,504.00 in United States Currency;

c. 2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;

d. 2014 GMC Sierra K3500, VIN: 1GT426E80EF190951;

e. Three Rolex Watches;

f. $7,010.00 in United States Currency;

g. 2015 Honda CRF50FF, SN: LALAE0417F3200506;

h. 2015 Honda CRF150RF, SN: JH2KE033XFK600349;

i. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;

j. Polaris Razr, VIN: 3NSVFE999FF368219;

k. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296; and

l. 2015 Mercedes Benz CLA, VIN: WDDSJ5CB3FN204616.

DATED this  8  day of _____June_____, 2016.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: ___S/C. Miranda_____
Deputy Clerk