IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;
2. $44,504.00 IN UNITED STATES CURRENCY;
3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5. THREE ROLEX WATCHES;
6. $7,010.00 IN UNITED STATES CURRENCY;
7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10. POLARIS RAZR, VIN: 3NSVFE999FF368219; 11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
**12. 1990 MAIN STREET, PH2, SARASOTA, FLORIDA;**

    Defendants.

_____

### MOTION TO DISMISS DEFENDANT 1990 MAIN STREET, PH2, SARASOTA, FLORIDA
_____

COMES NOW the United States of America (the "United States"), by and through United States Attorney Robert C. Troyer and Assistant United States Attorney Tonya S. Andrews, and pursuant to Federal Rule of Civil Procedure 41(a)(2) moves this Court to order the dismissal of 1990 Main Street, Ph2, Sarasota, Florida ("defendant 1990 Main Street") without prejudice from this forfeiture action. In support, the United States states:

1

1. On March 25, 2016, the United States filed its Verified Complaint for Forfeiture *In Rem* seeking forfeiture of defendant 1990 Main Street. (Doc. 3).

2. The facts and verification as set forth in the Verified Complaint provided probable cause for seeking forfeiture of defendant 1990 Main Street, and the filing of the Verified Complaint for Forfeiture.

3. On June 6, 2016, the Unites States filed an Amended Verified Complaint for Forfeiture *In Rem* to include an additional asset. (Doc. 11).

4. On October 11, 2017, the United States received notice of Mortgage Foreclosure action against defendant 1990 Main Street. A Final Judgment of Mortgage Foreclosure was entered on February 14, 2018.

5. The dismissal of defendant 1990 Main Street does not affect any of the other defendant assets in this case.

WHEREFORE, the United States moves this Court for an order dismissing without prejudice defendant 1990 Main Street from this action for the reasons set forth above, and for a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 4th day of September 2018.

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100

E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of September 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Jody Gladura*
FSA Paralegal
U.S. Attorney's Office