IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;
2. $44,504.00 IN UNITED STATES CURRENCY;
3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5. THREE ROLEX WATCHES;
6. $7,010.00 IN UNITED STATES CURRENCY;
7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10. POLARIS RAZR, VIN: 3NSVFE999FF368219; 11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
**12. 1990 MAIN STREET, PH2, SARASOTA, FLORIDA;**

    Defendants.

_____

### ORDER TO DISMISS DEFENDANT 1990 MAIN STREET, PH2, SARASOTA, FLORIDA
_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss Defendant 1990 Main Street, Sarasota, Florida, pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court having reviewed said Motion FINDS:

THAT for good cause shown, the Motion to Dismiss is granted; and defendant 1990 Main Street Sarasota, Florida is dismissed without prejudice from this action.

1

2

SO ORDERED this _____ day of _____, 2018.

BY THE COURT:

_____
Wiley Y. Daniel
U.S. District Court Judge

2