INDEX AS ANDREW POARCH, GRANTOR, AND THE UNITED STATES OF AMERICA, GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;
2. $44,504.00 IN UNITED STATES CURRENCY;
3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5. THREE ROLEX WATCHES;
6. $7,010.00 IN UNITED STATES CURRENCY;
7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10. POLARIS RAZR, VIN: 3NSVFE999FF368219;
11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
12. **1990 MAIN STREET, PH2, SARASOTA, FLORIDA**;

    Defendants.

## **RELEASE OF LIS PENDENS**

PLEASE TAKE NOTICE that the United States of America is releasing its Lis Pendens recorded with the Clerk and Recorder of Sarasota County, Florida on March 28, 2016, at Reception No. 2016036233 as to the following real property:

  a. 1990 Main Street, PH2, Sarasota, Florida (defendant 1990 Main Street) which is more fully described as follows:

1

Unit 2 of Cityscape at Courthouse Centre, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Instrument No. 2005085395, of the Public Records of Sarasota County, Florida, and any amendments thereto, together with its undivided share in the common elements.

DATED this 4th day of September 2018.

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

    By: *s/ Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    303-454-0100
    tonya.andrews@usdoj.gov
    *Attorney for the United States*