IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  16-cv-00705-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;
2. $44,504.00 IN UNITED STATES CURRENCY;
3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5. THREE ROLEX WATCHES;
6. $7,010.00 IN UNITED STATES CURRENCY;
7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10. POLARIS RAZR, VIN: 3NSVFE999FF368219; 11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
**12. 1990 MAIN STREET, PH2, SARASOTA, FLORIDA;**

       Defendants.
_____

**ORDER DISMISSING PARTY WITHOUT PREJUDICE**
_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss Defendant 1990 Main Street, Sarasota, Florida ("Motion"), (ECF No. 15), filed on September 4, 2018.  After a careful review of the file and the Motion, the Court concludes that pursuant to Federal Rule of Civil Procedure 41(a)(2), it is

ORDERED that the Motion (ECF No. 15) is **GRANTED** and Defendant 1990 Main Street Sarasota, Florida is **DISMISSED WITHOUT PREJUDICE**.  It is

2

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of Defendant 1990 Main Street Sarasota, Florida from this matter.

Dated:  September 12, 2018.

                        BY THE COURT:

                        <u>s/ Wiley Y. Daniel</u>
                        WILEY Y. DANIEL
                        SENIOR UNITED STATES DISTRICT JUDGE