IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;
2. $44,504.00 IN UNITED STATES CURRENCY;
3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5. THREE ROLEX WATCHES;
6. $7,010.00 IN UNITED STATES CURRENCY;
7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741; and
10. POLARIS RAZR, VIN: 3NSVFE999FF368219; 11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296,

    Defendants.
_____

## MOTION TO UNRESTRICT DOCUMENTS
_____

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby moves to unrestrict the *Verified Complaint for Forfeiture in Rem* and the *Verified Amended Complaint for Forfeiture in Rem*.

As grounds therefor, Plaintiff states that the documents were restricted until further order of the Court. The case was restricted due to an underlying criminal investigation and potential destruction of evidence and interference with witnesses; however; the United States believes there is no longer a risk to the destruction of evidence or tampering of witnesses.

WHEREFORE, the United States respectfully requests that the *Verified Complaint for Forfeiture in Rem* and *Amended Verified Complaint for Forfeiture in Rem*, be unrestricted.

DATED this 29th day of, 2019.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*