IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;
2. $44,504.00 IN UNITED STATES CURRENCY;
3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5. THREE ROLEX WATCHES;
6. $7,010.00 IN UNITED STATES CURRENCY;
7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741; and
10. POLARIS RAZR, VIN: 3NSVFE999FF368219; 11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296,

    Defendants.
_____

## ORDER TO UNRESTRICT DOCUMENTS
_____

Upon motion by the United States, and for good cause shown, it is hereby ORDERED THAT:

The complaint and amended complaint, and all related documents are unrestricted.

SO ORDERED this _____ day of _____, 2019.

BY THE COURT:

_____
WILEY Y. DANIEL
United States Magistrate Judge