IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-00705-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;
2. $44,504.00 IN UNITED STATES CURRENCY;
3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5. THREE ROLEX WATCHES;
6. $7,010.00 IN UNITED STATES CURRENCY;
7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741; and
10. POLARIS RAZR, VIN: 3NSVFE999FF368219; 11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296,

        Defendants.
_____

### ORDER
_____

THIS MATTER is before the Court on Plaintiff's Motion to Unrestrict Documents (ECF No. 18), filed on April 29, 2019. After a careful review of the file and being fully advised in the premises, and for good cause shown, it is

ORDERED that Plaintiff's Motion to Unrestrict Documents (ECF No. 18) is **GRANTED**. It is

FURTHER ORDERED that the Verified Complaint for Forfeiture in Rem (ECF No. 3) and the Amended Verified Complaint for Forfeiture in Rem (ECF No. 11) be unrestricted.

Dated: April 30, 2019.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE