IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;
2. $44,504.00 IN UNITED STATES CURRENCY;
3. 2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5. THREE ROLEX WATCHES;
6. $7,010.00 IN UNITED STATES CURRENCY;
7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741; and
10. POLARIS RAZR, VIN: 3NSVFE999FF368219; 11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296,

        Defendants.

## NOTICE OF AMENDED COMPLAINT FOR FORFEITURE

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Amended Complaint for Forfeiture In Rem*, seeking forfeiture of the above defendant assets.  (Doc. 11).

If you wish to contest the forfeiture and assert an interest in any of the defendant assets, you must file a Claim with the Court by June 3, 2019, Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

        (1)    identify the specific property claimed;

      (2)    identify the claimant and state the claimant's interest in the property;

      (3)    be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the assets in this case by sending documentation to the Internal Revenue Service, you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must then file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States magistrate judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than 1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.  (Doc. 6).

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Tonya S. Andrews<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Ste 1600<br>Denver, Colorado 80202 |

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 1st day of May, 2019.

                                            Respectfully submitted,

                                            JASON R. DUNN
                                            United States Attorney

By:  s/*Tonya S. Andrews*
      Tonya S. Andrews
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California St., Ste 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: tonya.andrews@usdoj.gov
      *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2019, true copies of the *Notice of Amended Complaint for Forfeiture*, *Verified Amended Complaint for Forfeiture In Rem*, and Magistrate Judge Consent Form with Instructions, were mailed via regular and Certified Mail to:

Andrew Poarch
343 N Orlando Ave
Los Angeles, CA 90048-2515
**Cert # 7015 0640 0007 0746 4009**

Paul Domenic Petruzzi
Law Offices of Paul D. Petruzzi, P.A.
8101 Biscayne Boulevard, Suite PH-701
Miami, FL 33138
305-373-6773
petruzzi-law@msn.com
*Attorney for Andrew Poarch*
**Cert # 7015 0640 0007 0746 4016**

Shuntay Poarch
343 N Orlando Ave
Los Angeles, CA 90048-2515
**Cert # 7015 0640 0007 0746 4023**

Lisa M. Wayne
Law Offices of Lisa M. Wayne
1775 Sherman Street Suite 1650
Denver, CO 80203
303.860.1661
Lmonet20@me.com
*Attorney for Shuntay Poarch*
**Cert # 7015 0640 0007 0746 4030**

Ally Financial
Confiscations
ATTN: Kelly Abrahamson
4000 Lexington Ave North, Suite 100
Shoreview MN 51126
**Cert # 7015 0640 0007 0746 4047**

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office