IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

               Plaintiff,

v.

1. $9,017.69 IN UNITED STATES CURRENCY;
2. $44,504.00 IN UNITED STATES CURRENCY;
3. 2011 MERCEDES BENZ GL 350, VIN: 4JGBF2FEXBA661789;
4. 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5. THREE ROLEX WATCHES;
6. $7,010.00 IN UNITED STATES CURRENCY;
7. 2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8. 2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9. POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10. POLARIS RAZR, VIN: 3NSVFE999FF368219; and
11. 2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296.
12. 1990 MAIN STREET, PH2, SARASOTA, FLORIDA; and
13. 2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616

               Defendant.

No. **16-cv-00705-DDD**

## NOTICE OF CLAIM

COMES NOW, Claimant, Ally Financial by and through its attorney, Caleb C. Wilkins of Patton & Davison LLC, its firm of attorneys, and files this Notice of Claim, and in support thereof, state as follows.

1. Claimant hereby provides notice to this Court that it is a secured lienholder in connection with defendant 2014 GMC Sierra.

2. Any violations of 21 U.S.C. § 801 *et seq.* occurred without the knowledge or consent of Claimant.

3. Claimant and Plaintiff entered into a Stipulated Expedited Settlement Agreement on January 1, 2017.

4. Undersigned counsel has consulted with the U.S. Attorney's office, and the U.S. Attorney's Office will file a motion to approve the Stipulated Expedited Settlement Agreement shortly.

5. Claimant respectfully requests that this Court approve the Stipulated Expedited Settlement Agreement as written and distribute the agreed settlement amount to Claimant at that time.

DATED this 3rd day of June, 2019.

By:    Ally Financial

/s/ *Caleb C. Wilkins*
Caleb. C. Wilkins
Patton & Davison LLC
1920 Thomes Avenue, Suite 600
Cheyenne, WY 82001
(307) 635-4111
Attorney for Claimant

## CERTIFICATE OF SERVICE

      I certify that the foregoing document was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on the 3rd day of June, 2019, and that copies were served as follows:

| United States Department of Justice<br>Tonya S. Andrews<br>1225 17th St.<br>Denver, CO 80202 | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
|---|---|

/s/ *Caleb C. Wilkins*
Caleb C. Wilkins, WSB# 7-5527
Patton & Davison LLC
1920 Thomes Avenue, Suite 600
Cheyenne, WY  82003-0945
T/F:  307-635-4111
caleb@pattondavison.com