IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;
2.     $44,504.00 IN UNITED STATES CURRENCY;
3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4.     2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5.     THREE ROLEX WATCHES;
6.     $7,010.00 IN UNITED STATES CURRENCY;
7.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10.    POLARIS RAZR, VIN: 3NSVFE999FF368219;
11.    2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
12.    2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

        Defendants.
_____

## JOINT STATUS REPORT
_____

The United States, by and through the undersigned Assistant United States Attorney, and Claimant Ally Financial, by and through counsel Caleb Wilkins, hereby submits a status report in response to the Court's Order. (Doc. 24).

1.     On June 6, 2016, the United States filed a Verified Amended Complaint for Forfeiture In Rem, pursuant to 21 U.S.C. § 881, seeking forfeiture of the above-identified defendant properties based on allegations that they constitute proceeds traceable to an

exchange of controlled substances.[1]   (Doc. 11).  The case was restricted pending the related criminal matter.  (Doc. 12).

2. On April 29, 2019, the Court granted a motion to unrestrict the Amended Complaint for Forfeiture *In Rem*. (Doc. 18).

3. On May 1, 2019, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Complaint for Forfeiture* and served direct notice of this action with a copy of the Verified Complaint to all known interested parties via regular and certified mail.  Based on this notice, third-parties had until June 3, 2019 to file a claim.

4. On June 19, 2019, the United States also started publication on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Based on this notice, third-parties have until August 18, 2019 to file a claim.

5. On May 20, 2019, Ally Financial filed a claim as to defendant 2014 GMC Sierra.  The United States and Claimant Ally Financial have settled this claim.

6. To date, claimant Ally Financial is the only party asserting an interest in defendant assets.

7. Pending no further claims, the United States will file a motion for a Final Order of Forfeiture as to all defendant assets once the deadline for filing a claim based on the pending publication notice has passed.

DATED this 1st day of July 2019.

---

[1] On September 4, 2018, the United States moved to dismiss defendant 1990 Main Street, PH2, Sarasota, Florida due to the foreclosure of that property.  (Doc. 15).  This motion was granted by the Court.  (Doc. 17).

      Respectfully submitted,

      JASON R. DUNN
      United States Attorney

By: s/ *Tonya S. Andrews*
      Tonya S. Andrews
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California St., Ste 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: tonya.andrews@usdoj.gov
      Attorney for the United States

      s/*Caleb C. Wilkins*
      Caleb C. Wilkins
      Patton & Davidson
      1920 Thomes Avenue, Suite 600
      Cheyenne, WY 82003-0945
      *Attorney for Claimant Ally Financial*