



BOSTON MA 021
29 JUN 2019 PM 5 L

Ms Jessica Stringer
55 Seymour St
Concord, MA 01742

Clerk of Court
901 19th St
Denver, CO 80294

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 02 2019
JEFFREY P. COLWELL
CLERK