IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-DDD-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;
2.     $44,504.00 IN UNITED STATES CURRENCY;
3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4.     2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5.     THREE ROLEX WATCHES;
6.     $7,010.00 IN UNITED STATES CURRENCY;
7.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10.    POLARIS RAZR, VIN: 3NSVFE999FF368219;
11.    2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
12.    2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

        Defendants.

_____

**NOTICE OF PUBLICATION**
_____

      I hereby certify that pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the attached *Notice of Forfeiture Action* was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 19, 2019, as evidenced by the attached *Advertisement Certification Report*.

      DATED this 19th day of August 2019.

1

2

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/*Tonya S. Andrews*
Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*