**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross Related Files File | 3. File No. IZ-19-0011 | 4. G-DEP Identifier QGZ1D |
|---|---|---|---|
| 5. By: Robert R Eisenbarger, GS  At: FAIRVIEW HEIGHTS, IL RESIDENT OFFICE (34) | ☐ ☐ ☐ ☐ ☐ | 6. File Title GOMEZ, Rolando M | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared 08-15-2019 | |

9. Other Officers:

10. Report Re: Petition Information

**SYNOPSIS**

On August 6, 2019, Supervisory Special Agent Robert R. Eisenbarger spoke with Jessica Stringer relative to the filing of a Petition for Remission on an asset in the U.S. Attorney's Office, Southern District of Illinois. The following is an account of the conversation.

**DETAILS**

1. On August 6, 2019, at approximately 3:10 p.m., Supervisory Special Agent Robert R. Eisenbarger called Jessica Stringer at cellular phone number listed on a Petition Information she provided, (978)398-1729. The phone call was in response to a Petition for Remission, which Ms. Stringer filed with the U.S. Attorney's Office, Southern District of Illinois, relative to a seized asset in this case, $118,450 U.S. Currency. The asset was seized from Rolando GOMEZ on December 10, 2018, by Task Force Officers, working as part of the Trojan Warrior OCDETF Program

2. During the conversation Ms. Stringer said she had recently taken a few college courses and has a fascination with forensic science. Additionally, Ms. Stringer said she has a unique gift in that she can read between the lines of certain procedures and had recently gained access to the Federal Government forfeiture list, via the internet. Ms. Stringer further stated she feels that some or all of the money and property seized by the government has either been garnered by criminal activity and some maybe haven't. Ms. Stringer said upon seeing

| 11. Distribution: Division  District  Other | 12. Signature (Agent)  /s/ Robert R Eisenbarger, GS | 13. Date 08-26-2019 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Michael E Rehg, RAC | 15. Date 08-29-2019 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GOVERNMENT EXHIBIT 1
Case No. 16-cv-00705-DDD

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No.<br>IZ-19-0011 | 2. G-DEP Identifier<br>QGZ1D |
| | 3. File Title<br>GOMEZ, Rolando M | |
| 4. Page 2 of 3 | | |
| 5. Program Code | 6. Date Prepared<br>08-15-2019 | |

the assets attempting to be forfeited by the government that she decided to do some research. Ms. Stringer said she has a concept idea on a constitutionally based program, but doesn't want to label people because it breeds hate, anti-Semitism, bigotry, white supremacy and draws lines between different types of people that don't need to be there.

3. Ms. Stringer continued the conversation saying that she would like to take the seizure money and create a Christ Consciousness Center and put the monies back into the communities and cities that have been seriously affected by drugs, alcohol, for profit prison programs and all the things that have been wholly incorrect from her heart. Ms. Stringer was upset, but continued that she believes the world can heal, the earth can heal, she knows the whales can be happy and our oceans can be happy as well. Ms. Stringer further stated that she knows that there are plenty of people out there with ideas and they just need someone to believe in them and that she loves her nation. SSA Eisenbarger explained for the DEA and the government to seize these assets, they need to prove a drug nexus. Ms. Stringer stated that she wasn't trying to interfere with the process, but doesn't want to see the government gobble up these assets. Ms. Stringer said that she knows the government is required to dispose of the asset within 60days after the seizure.

5. I asked Ms. Stringer if she was associated in any way with the individuals that the assets were seized from and she said that she was a beneficial owner of the asset. I explained to Ms. Stringer for her to qualify as a petitioner of an asset she had to either be a owner, victim or lien holder of the asset. Ms. Stringer said that she was a "beneficial" owner of the assets and that she modified the "role information" description to indicate she is a "beneficial owner". I explained to Ms. Stringer that she can not alter the form to fit what she believes and the form is specific to claiming legitimate ownership to a particular asset. Ms. Stringer then offered a quote from the Attorney General policies, which in summary she believes entitles her to a claim on the assets.

6. SSA Eisenbarger further asked how many of Petitioner Information's she had completed on assets the government was trying to seize. Ms. Stringer

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. IZ-19-0011 | 2. G-DEP Identifier QGZ1D |
| | 3. File Title GOMEZ, Rolando M | |
| 4. Page 3 of 3 | | |
| 5. Program Code | 6. Date Prepared 08-15-2019 | |

couldn't give an exact number but listed several other districts she had sent Petitioner Information's.

7. At the conclusion of the conversation, SSA Eisenbarger asked Ms. Stringer to send an email or a letter DEA to withdraw her Petitioner Information on all of the assets in the Southern District of Illinois. Ms. Stringer said, "I think I'm going to have to pray on it before I make any decisions, because you know who runs this ship, God. Thank you, have a nice day, God Bless America."

**INDEXING**

1. GOMEZ, Rolando M.-NADDIS#8986544. **Remarks:** Nothing new to add.

DEA Form  - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.