IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-DDD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    $9,017.69 IN UNITED STATES CURRENCY;
2.    $44,504.00 IN UNITED STATES CURRENCY;
3.    2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4.    2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5.    THREE ROLEX WATCHES;
6.    $7,010.00 IN UNITED STATES CURRENCY;
7.    2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8.    2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9.    POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10.   POLARIS RAZR, VIN: 3NSVFE999FF368219;
11.   2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
12.   2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

       Defendants.

## ORDER TO STRIKE CLAIM OF JESSICA STRINGER FOR LACK OF STANDING

THIS MATTER comes before the Court on the United States' Motion to Strike Claim of Jessica Stringer for Lack of Standing, filed on September 24, 2019. Upon consideration and for good cause shown, IT IS ORDERED that the Motion is **GRANTED**.

SO ORDERED this _____ day of _____, 2019.

_____
DANIEL D. DOMENICO
United States District Judge