IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;
2.     $44,504.00 IN UNITED STATES CURRENCY;
3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4.     2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5.     THREE ROLEX WATCHES;
6.     $7,010.00 IN UNITED STATES CURRENCY;
7.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10.     POLARIS RAZR, VIN: 3NSVFE999FF368219;
11.     2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
12.     2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

    Defendants.

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2019, a true copy of the United States' Motion to Strike Claim of Jessica Stringer for Lack of Standing was electronically filed with the Clerk of Court using the ECF system. In addition, true copies of the Motion and all accompanying documents and exhibits were mailed via regular and Certified Mail to the following party:

Jessica Stringer
55 Seymour Street
Concord, MA 01742
**Cert No: 7015 0920 0001 7809 9819**

                                                          s/ *Jasmine Zachariah*
                                                          Jasmine Zachariah
                                                          FSA Data Analyst
                                                          United States Attorney's Office