IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    $9,017.69 IN UNITED STATES CURRENCY;
2.    $44,504.00 IN UNITED STATES CURRENCY;
3.    2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4.    **2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951**;
5.    THREE ROLEX WATCHES;
6.    $7,010.00 IN UNITED STATES CURRENCY;
7.    2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8.    2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9.    POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10.   POLARIS RAZR, VIN: 3NSVFE999FF368219;
11.   2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
12.   2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

        Defendants.

---

### NOTICE OF DISMISSAL OF DEFENDANT 2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951

---

COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby provides notice of voluntary dismissal of defendant 2014 GMC Sierra K3500,

VIN: 1GT426E80EF190951 ("GMC Sierra") without prejudice from this forfeiture action. In support, the United States submits the following:

1.      On March 25, 2016, the United States filed its Verified Complaint for Forfeiture *In Rem* under level 2 restriction, seeking forfeiture of the defendant assets. (Doc. 3). On June 6, 2019, the United States filed a Verified Amended Complaint under restriction. (Doc. 11).

2.      The facts and verification as set forth in the Verified Amended Complaint provided probable cause for seeking forfeiture of defendant GMC Sierra and other defendant assets.

3.      On April 29, 2019, the United States moved to unrestrict the Complaint, which was granted on April 30, 2019. (Docs. 18 & 19).

4.      On February 13, 2019, Andrew Poarch entered into a Plea Agreement in his related criminal case, *United States of America v. Andrew C. Poarch*, 18-cr-00595-REB, in which he agreed to the forfeiture of all of the defendant assets in this civil forfeiture action, including defendant GMC Sierra.

5.      On June 3, 2019, claimant Ally Financial, by and through Counsel Caleb C. Wilkins, filed a verified claim asserting an interest in defendant GMC Sierra. (Doc. 22). The United States promptly recognized Ally Financial as a lienholder of defendant GMC Sierra. The United States and claimant Ally Financial entered into an expedited settlement agreement as to defendant GMC Sierra. The parties agreed that forfeiture and upon the sale of defendant 2014 GMC Sierra, all unpaid principal

and interest balance shall be remitted to claimant Ally Financial from the sales proceeds.

6.      On July 2, 2019, claimant Jessica Stringer filed a claim asserting an interest in all of the defendant assets.  (Doc. 26).

7.      On September 24, 2019, the United States moved to strike Claimant Stringer's claim for lack of standing.  (Doc. 28).  As set forth in that motion, Ms. Stringer does not have an interest in the assets, including defendant GMC Sierra. The motion is still pending.  Upon resolution of this motion, the United States will be able to file a motion for final order as to all defendant assets as all other claims have been resolved.

8.      To date, defendant GMC Sierra has accrued over $7,700 in storage fees, and claimant Ally Financial's interest in the defendant vehicle is depreciating. As a result, there is minimal equity in defendant GMC Sierra and the United States and claimant Ally have agreed to the return of defendant GMC Sierra to claimant Ally upon dismissal of the asset from this action in recognition of claimant Ally's valid lien and right to repossess.

9.      Neither claimant Ally or claimant Stringer has filed an answer to the Verified Amended Complaint; therefore, a notice of voluntary dismissal of defendant GMC Sierra is appropriate under Federal Civil Rule of Procedure 41(a)(1)(A).

10.     The dismissal of defendant GMC Sierra does not affect any of the other defendant assets in this case.

3

WHEREFORE, the United States hereby provides notice of the voluntary dismissal of defendant GMC Sierra without prejudice from this action for the reasons set forth above, and for a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 9th day of October 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/ Tonya S. Andrews
Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
Attorney for the United States

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record, and mailed the following via regular mail to:

Jessica Stringer
55 Seymour Street
Concord, MA 01742
*Pro Se Claimant*

s/ *Jasmine Zachariah*
FSA Data Analyst
U.S. Attorney's Office