IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;
2.     $44,504.00 IN UNITED STATES CURRENCY;
3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4.     2014 GMC SIERRA K3500, VIN: 1GT426E80EF190951;
5.     THREE ROLEX WATCHES;
6.     $7,010.00 IN UNITED STATES CURRENCY;
7.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;
8.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
9.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
10.    POLARIS RAZR, VIN: 3NSVFE999FF368219;
11.    2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
12.    2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

        Defendants.

## STATUS REPORT

The United States, by and through the Assistant United States Attorney Tonya S. Andrews, hereby submits the following status report.

1.     On June 6, 2016, the United States filed a Verified Amended Complaint for Forfeiture In Rem, pursuant to 21 U.S.C. § 881, seeking forfeiture of the above-identified defendant properties based on allegations that they constitute proceeds traceable to an exchange

of controlled substances.[1]  (Doc. 11).  The case was restricted pending the related criminal matter. (Doc. 12).

2. On April 29, 2019, the Court granted a motion to unrestrict the Amended Complaint for Forfeiture *In Rem*. (Doc. 18).

3. On May 1, 2019, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Complaint for Forfeiture* and served direct notice of this action with a copy of the Verified Complaint to all known interested parties via regular and certified mail.  Based on this notice, third-parties had until June 3, 2019 to file a claim.

4. On June 19, 2019, the United States also started publication on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Based on this notice, third-parties had until August 18, 2019 to file a claim.

5. On May 20, 2019, Ally Financial filed a claim as to defendant 2014 GMC Sierra. The United States and Claimant Ally Financial have settled this claim.  On October 19, 2020, the United States filed a Notice of Dismissal as to defendant 2014 GMC Sierra. (Doc. 31).

6. On July 2, 2019, claimant Jessica Stringer filed a claim asserting an interest in the defendant assets.

7. On September 29, 2019, the United States filed a Motion to Strike Claim of Jessica Stringer for Lack of Standing.  This motion is still outstanding.

---

[1] On September 4, 2018, the United States moved to dismiss defendant 1990 Main Street, PH2, Sarasota, Florida due to the foreclosure of that property.  (Doc. 15).  This motion was granted by the Court.  (Doc. 17).

8. Further, defendant Andrew Poarch has been sentenced in related criminal case, U.S. v. *Andrew C. Poarch, 18-cr-00595-REB*. Defendant Andrew Poarch agreed and consented to the forfeiture of the defendant assets in the Plea Agreement.

9. The defendant assets have been in the custody of the Internal Revenue Service since 2016 accruing costs which lower the value of the assets. In total, the vehicles in this matter have accrued approximately $60,000.00 in storage and maintenance costs.

10. No further action can take place until Claimant Jessica Stringer's claim has been addressed. After the motion to strike is ruled upon, the United States can move for a Final Order of Forfeiture as to the defendant assets.

DATED this 19th day of February 2021.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
Attorney for the United States