IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;
2.     $44,504.00 IN UNITED STATES CURRENCY;
3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4.     THREE ROLEX WATCHES;
5.     $7,010.00 IN UNITED STATES CURRENCY;
6.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;
7.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
8.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
9.     POLARIS RAZR, VIN: 3NSVFE999FF368219;
10.     2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
11.     2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

        Defendants.

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and pursuant to 21 U.S.C. § 881, moves for a Final Order of Forfeiture of the following defendant assets in favor of the United States:

    a.  $9,017.69 in United States currency;
    b.  $44,504.00 in United States currency;
    c.  2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;
    d.  Three Rolex watches;
    e.  $7,010.00 in United States currency;
    f.  2015 Honda CRF50FF, SN: LALAE0417F3200506;
    g.  2015 Honda CRF150RF, SN: JH2KE033XFK600349;

1

  h. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;
  i. Polaris RAZR, VIN: 3NSVFE999FF368219;
  j. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296; and
  k. 2015 Mercedes Benz CLA, VIN: WDDSJ5CB3FN204616.

In support of this Motion, the United States states:

1. On March 25, 2016, pursuant to 21 U.S.C. § 881 and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Verified Complaint for Forfeiture In Rem* ("Complaint") under Level 2 Restriction, seeking forfeiture of the defendant assets.[1]  (Doc. 3).  On June 6, 2016, the United States filed a *Verified Amended Complaint for Forfeiture In Rem* ("Amended Complaint." (Doc. 11).  All of the sworn statements set forth in the Verified Amended Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture.

2. On April 29, 2019, the United States moved to unrestrict the Complaint and Amended Complaint, which was granted on April 30, 2019.  (Docs. 18 and 19).

3. On May 1, 2019, pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Notice of Amended Complaint for Forfeiture* and served direct notice of the action with a copy of the Amended Complaint to all known interested parties via regular and certified mail.  (Doc. 20). Based on that notice, parties had until June 3, 2019, to file a claim.  (Doc. 20 at 1).

---

[1] On September 12, 2018, the Court granted the government's Motion to Dismiss defendant 1990 Main Street, Sarasota Florida.  (Docs. 15 and 17).  On March 31, 2022, the Court terminated defendant 2014 GMC Sierra K3500, pursuant to the government's Notice of Dismissal.  (Docs. 31 and 34).  Accordingly, the above-captioned defendant assets include only those currently before the Court.

4. On June 3, 2019, Claimant Ally Financial, by and through attorney Caleb C. Wilkins, filed a verified claim and asserted its interest in defendant 2014 GMC Sierra as a secured lienholder. (Doc. 22). The parties settled the matter, and pursuant to the government's Notice of Dismissal, on March 31, 2022, the Court terminated defendant 2014 GMC Sierra K3500. (Docs. 31 and 34).

5. On June 19, 2019, the United States published notice on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Based on this notice, third parties had until August 18, 2019, to file a claim. (Doc. 27).

6. On July 2, 2019, Claimant Jessica Stringer filed a claim asserting an interest as a beneficial owner of the defendant assets in this case. (Doc. 26). On March 31, 2022, the Court granted the United States' motion to strike the claim for lack of statutory standing. (Docs. 28 and 33).

7. On February 13, 2019, Andrew Poarch entered into a Plea Agreement in his related criminal case, *United States of America v. Andrew C. Poarch*, 18-cr-00595-REB, in which he agreed to the forfeiture of all of the defendant assets in this civil forfeiture action.

8. No other claims have been filed, and the time to do so has expired.

9. Upon entry of the Final Order of Forfeiture, all issues regarding the defendant assets in this civil forfeiture action will be resolved.

WHEREFORE, the United States respectfully requests that the Court enter a Final Order of Forfeiture of the following defendant assets in accordance with the Plea Agreement between the United States and Andrew Poarch:

    a.    $9,017.69 In United States currency;
    b.    $44,504.00 In United States currency;
    c.    2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;
    d.    Three Rolex Watches;
    e.    $7,010.00 In United States currency;
    f.    2015 Honda CRF50FF, SN: LALAE0417F3200506;
    g.    2015 Honda CRF150RF, SN: JH2KE033XFK600349;
    h.    Polaris T15AASFAAC, SN: 57XAASFA1F5104741;
    i.    Polaris Razr, VIN: 3NSVFE999FF368219;
    j.    2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296; and
    k.    2015 Mercedes Benz CLA, VIN: WDDSJ5CB3FN204616;

The United States further respectfully requests that the Court enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 and direct the Clerk of the Court to enter Judgment of the defendant asset.

DATED this 7th day of April 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/Tonya S. Andrews
Tonya S. Andrews
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for the United States*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to:

s/ Sheri Gidan  
FSA Records Examiner  
Office of the U.S. Attorney