IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    $9,017.69 IN UNITED STATES CURRENCY;
2.    $44,504.00 IN UNITED STATES CURRENCY;
3.    2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4.    THREE ROLEX WATCHES;
5.    $7,010.00 IN UNITED STATES CURRENCY;
6.    2015 HONDA CRF50FF, SN: LALAE0417F3200506;
7.    2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
8.    POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
9.    POLARIS RAZR, VIN: 3NSVFE999FF368219;
10.   2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
11.   2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

        Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the *United States' Motion for Final Order of Forfeiture*, the Court having reviewed said Motion FINDS that:

1.    The United States commenced this civil forfeiture action, pursuant to 21 U.S.C. § 881. (Docs. 3 and 11);

2.    The facts and verifications as set forth in the Verified Amended Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the defendant assets;

1

3. All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Docs. 20 and 27);

4. Claimant Jessica Stringer's claim has been stricken pursuant to Rule G(8)(c)(i)(A) and (B) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. (Doc. 33);

5. Claimant Andrew Poarch has agreed and consented to the forfeiture of all the defendant assets in the plea agreement in his related criminal case;

IT IS THEREFORE ORDERED that:

The United States' Motion for Final Order of Forfeiture is GRANTED;

The United States shall have full and legal title to the following defendant assets and may dispose of the assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement and Plea Agreement:

   a. $9,017.69 In United States currency;
   b. $44,504.00 In United States currency;
   c. 2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;
   d. Three Rolex Watches;
   e. $7,010.00 In United States currency;
   f. 2015 Honda CRF50FF, SN: LALAE0417F3200506;
   g. 2015 Honda CRF150RF, SN: JH2KE033XFK600349;
   h. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;
   i. Polaris Razr, VIN: 3NSVFE999FF368219;
   j. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296; and
   k. 2015 Mercedes Benz CLA, VIN: WDDSJ5CB3FN204616;

The Clerk of the Court is directed to enter Judgment; and

A Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant assets, pursuant to 28 U.S.C. § 2465.

3

SO ORDERED this _____ day of _____, 2022.

                                                                            BY THE COURT:

                                                                            _____

                                                                            DANIEL D. DOMENICO
                                                                            United States District Judge