IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00705-DDD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     $9,017.69 IN UNITED STATES CURRENCY;
2.     $44,504.00 IN UNITED STATES CURRENCY;
3.     2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
4.     THREE ROLEX WATCHES;
5.     $7,010.00 IN UNITED STATES CURRENCY;
6.     2015 HONDA CRF50FF, SN: LALAE0417F3200506;
7.     2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
8.     POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
9.     POLARIS RAZR, VIN: 3NSVFE999FF368219;
10.     2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
11.     2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616.

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the *Final Order of Forfeiture* entered by the Honorable Judge Daniel D. Domenico, the following JUDGMENT is hereby entered:

1.     Forfeiture is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, including all right, title, and interest, for the following defendant assets:

    a.     $9,017.69 In United States currency;
    b.     $44,504.00 In United States currency;
    c.     2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;

  d.  Three Rolex Watches;
  e.  $7,010.00 In United States currency;
  f.  2015 Honda CRF50FF, SN: LALAE0417F3200506;
  g.  2015 Honda CRF150RF, SN: JH2KE033XFK600349;
  h.  Polaris T15AASFAAC, SN: 57XAASFA1F5104741;
  i.  Polaris Razr, VIN: 3NSVFE999FF368219;
  j.  2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296; and
  k.  2015 Mercedes Benz CLA, VIN: WDDSJ5CB3FN204616;

  2.  The United States shall have full and legal title as to the defendant assets and may dispose of said assets in accordance with law;

  3.  The *Final Order of Forfeiture* shall serve as a Certificate of Reasonable Cause as to defendant assets under 28 U.S.C. § 2465.

  4.  The parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

  DATED at Denver, Colorado this ____ day of _____, 2022.


              JEFFREY P. COLWELL
              Clerk of the U.S. District Court


            By: _____
              Deputy Clerk