IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:16-cv-00705-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$9,017.69 IN UNITED STATES CURRENCY;
$44,504.00 IN UNITED STATES CURRENCY;
2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
THREE ROLEX WATCHES;
$7,010.00 IN UNITED STATES CURRENCY;
2015 HONDA CRF50FF, SN: LALAE0417F3200506;
2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
POLARIS RAZR, VIN: 3NSVFE999FF368219;
2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616,

    Defendants,

v.

ALLY FINANCIAL; and
JESSICA STRINGER,

    Claimants.

## FINAL ORDER OF FORFEITURE

Before me is the United States' Motion for Final Order of Forfeiture (Doc. 35). Having considered the motion and applicable law, I find as follows:

1. The United States commenced this civil forfeiture action pursuant to 21 U.S.C. § 881. (Doc. 3; Doc. 11);

- 1 -

2. The facts and verifications set forth in the Amended Verified Complaint for Forfeiture *In Rem* (Doc. 11) provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the defendant assets;

3. All known interested parties have been provided an opportunity to respond, and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. 20; Doc. 25 ¶ 3; Doc. 27);

4. Claimant Ally Financial's claim (Doc. 22) has been settled, and Defendant 2014 GMC Sierra K3500, VIN: 1GT426E80EF190951 has been voluntarily dismissed. (Doc. 31);

5. Claimant Jessica Stringer's claim (Doc. 26) has been stricken pursuant to Rule G(8)(c)(i)(A) and (B) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. (Doc. 33);

6. Claimant Andrew Poarch has agreed and consented to the forfeiture of all the defendant assets in the plea agreement in his related criminal case. Plea Agreement 3-4, *United States v. Poarch*, No. 1:18-cr-00595-REB (D. Colo. Feb. 13, 2019), ECF No. 15; and

7. It appears that there was reasonable cause for the seizure or arrest of the defendant assets. 28 U.S.C. § 2465(a)(2).

It is therefore ORDERED that:

The United States' Motion for Final Order of Forfeiture (Doc. 35) is GRANTED;

The United States will have full and legal title to the following defendant assets and may dispose of the assets in accordance with the

law and the terms and provisions of the parties' Settlement Agreement and Plea Agreement:

1. $9,017.69 in United States Currency;
2. $44,504.00 in United States Currency;
3. 2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;
4. Three Rolex Watches;
5. $7,010.00 in United States Currency;
6. 2015 Honda CRF50FF, SN: LALAE0417F3200506;
7. 2015 Honda CRF150RF, SN: JH2KE033XFK600349;
8. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;
9. Polaris Razr, VIN: 3NSVFE999FF368219;
10. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296; and
11. 2015 Mercedes Benz CLA, VIN: WDDSJ5CB3FN204616;

The Clerk of the Court is directed to enter Final Judgment; and

A Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant assets pursuant to 28 U.S.C. § 2465(a)(2).

DATED: April 7, 2022

BY THE COURT:

Daniel D. Domenico
United States District Judge