## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Daniel D. Domenico

Civil Action No. 1:16-cv-00705-DDD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

$9,017.69 IN UNITED STATES CURRENCY;
$44,504.00 IN UNITED STATES CURRENCY;
2011 MERCEDES BENZ GL350, VIN: 4JGBF2FEXBA661789;
THREE ROLEX WATCHES;
$7,010.00 IN UNITED STATES CURRENCY;
2015 HONDA CRF50FF, SN: LALAE0417F3200506;
2015 HONDA CRF150RF, SN: JH2KE033XFK600349;
POLARIS T15AASFAAC, SN: 57XAASFA1F5104741;
POLARIS RAZR, VIN: 3NSVFE999FF368219;
2015 SPORTSMAN 570 SP, VIN: 4XASHE57XFA648296; and
2015 MERCEDES BENZ CLA, VIN: WDDSJ5CB3FN204616,

 Defendants,

v.

ALLY FINANCIAL; and
JESSICA STRINGER,

 Claimants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Federal Rule of Civil Procedure 58(a) and the Final Order of Forfeiture (Doc. 36) entered by Judge Daniel D. Domenico, the following judgment is entered:

1. Forfeiture is entered in favor of the United States pursuant to 21 U.S.C. § 881, including all right, title, and interest, for the following defendant assets:

   a. $9,017.69 in United States Currency;
   b. $44,504.00 in United States Currency;
   c. 2011 Mercedes Benz GL350, VIN: 4JGBF2FEXBA661789;
   d. Three Rolex Watches;
   e. $7,010.00 in United States Currency;
   f. 2015 Honda CRF50FF, SN: LALAE0417F3200506;
   g. 2015 Honda CRF150RF, SN: JH2KE033XFK600349;
   h. Polaris T15AASFAAC, SN: 57XAASFA1F5104741;
   i. Polaris Razr, VIN: 3NSVFE999FF368219;
   j. 2015 Sportsman 570 SP, VIN: 4XASHE57XFA648296; and
   k. 2015 Mercedes Benz CLA, VIN: WDDSJ5CB3FN204616;

2. The United States will have full and legal title as to the defendant assets and may dispose of said assets in accordance with the law;

3. The Final Order of Forfeiture serves as a Certificate of Reasonable Cause as to the defendant assets pursuant to 28 U.S.C. § 2465(a)(2); and

4. The parties have waived their entitlement to costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Civil Rule 54.1.

DATED: April 8, 2022                    FOR THE COURT:
                                        Jeffrey P. Colwell, Clerk


                                        By:       s/P. Glover
                                        _____
                                                  Deputy Clerk