OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2022

JEFFREY P. COLWELL
CLERK

16-cv-705-DDD
Doc # 37

DENVER CO 802
12 APR 2022 PM 4 L

Jessica Stringer
55 Seymour Street
Concord, MA

NIXIE          015  FE  1          0004/21/22
                   RETURN TO SENDER
                   ATTEMPTED - NOT KNOWN
                   UNABLE TO FORWARD
BC: 802942500899    *2020-03784-12-39