OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

Jessica Stringer
55 Seymour Street
Concord, MA 01742



NIXIE    220 SE 1    7204/24/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 29 2022
JEFFREY P. COLWELL
CLERK

16-cv-00705-DDD #39

neopost
04/01/2022
US POSTAGE
$01.36⁰
FIRST-CLASS MAIL
ZIP 80294
041L11245087